■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN T. DONOHUE, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, rendered June 2, 1960, convicting him of violation of section 1140 of the Penal Law, and suspending sentence. Judgment reversed on the law and the facts and a new trial ordered. On the evidence adduced a close question of fact was presented as to the identity of the person who had committed the crime. In support of the complainants' evidence the arresting officer was permitted to testify that at the time of the arrest both complainants had identified the defendant. The admission of such testimony by the officer was error. In our opinion, under the circumstances here disclosed, such error requires reversal in the interest of justice, even though there was no objection to the officer's testimony when it was received (cf. *People* v. *De Jesus*, 11 A D 2d 711, 712, and cases cited). Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY MEADOWS, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered October 7, 1958, convicting him, after a jury trial, of robbery in the first degree, assault in the first degree, and petit larceny, and sentencing him to serve a term of 10 to 20 years on one robbery count, and suspending sentence on the remaining counts in the indictment. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR STEDLEY, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, rendered January 18, 1960, convicting him, after trial, of conspiracy to cheat and defraud others out of property (Penal Law, § 580, subd. 4), and sentencing him to serve 90 days in the City Prison. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.